IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michelle Kirkland, | Case No. 05-CV-0719 |
| Appellant, | Related to Bankruptcy No. 99-25773 |
| v. | Judge Lancaster |
| William J. Scharffenberger, Chapter 11 Trustee of Allegheny Health, Education And Research Foundation, et al., | |
| Appellee | |

## ORDER OF COURT

AND NOW, upon consideration of the Motion of Chapter 11 Trustee to Dismiss Appeal, it is hereby:

ORDERED that the appeal filed at Civil Docket No. 05-CV-0719 by Michelle Kirkland is hereby dismissed with prejudice.

*[signature]* J.

Date: July 26, 2005

cc: All Counsel of Record